UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ESTRADA, | § |
| Petitioner, | § |
| v. | §   CIVIL NO. SA-23-CV-1011-FB |
| JAVIER SALAZAR, Sheriff, Bexar County Sheriff's Office, | § |
| Respondent. | § |

**J U D G M E N T**

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Order of Dismissal of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by petitioner Mark Anthony Estrada is **DISMISSED WITHOUT PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so ORDERED.

SIGNED this 17th day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE